UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Vigilos, Inc. | Case No. CV 04-1083Z |
| Plaintiff(s), | |
| v. | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Dvtel, Inc. | |
| Defendant(s). | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Ki O hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the Plaintiff.

This application is based upon the following:

The particular need for my appearance and participation is: My experience as a patent attorney with respect to patent matters on this case.

I, Ki O ,understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date 6/22/04    Signature of applicant /s/ Ki O

**I have enclosed the required filing fee of $50.00**
Receipt number (to be completed by the court):_____

APPLICANT'S NAME: Ki O

APPLICANT'S FIRM: Goodwin Procter LLP

APPLICANT'S ADDRESS: Exchange Place
Street Address / Room/Suite

Boston, MA 02109     617-570-1000
City / State /ZIP     Phone number (include area code)

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant Ki O is unable to be present upon any date assigned by the court.

DATED this 24th day of June, 20 04.

/s/ Thomas A. Lerner
**Signature of local counsel**

LOCAL COUNSEL NAME AND BAR NUMBER:
Thomas A. Lerner     26769

LAW FIRM: Stokes Lawrence, P.S.

LOCAL COUNSEL'S ADDRESS: 800 Fifth Avenue, Suite 4000
**Street Address**     **Room/Suite**

Seattle, WA 98104-3179     (206)626-6000
**City / State / ZIP**     **Phone number (include area code)**