HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VIGILOS, INC.,

    Plaintiff,

v.

DVTEL, INC.,

    Defendant.

Case No.: CV04-1083Z

NOTICE OF WITHDRAWAL OF COUNSEL

TO:     Vigilos, Inc.

AND TO:     W. David Shenk of Christensen, O'Connor, Johnson & Kindness

PLEASE TAKE NOTICE that Ki O, formerly of Goodwin Procter, hereby withdraws as attorney of record for Defendant DVTel, Inc.

This withdrawal shall be effective on the date of filing of this document.

DATED this 13 day of June, 2005.

STOKES LAWRENCE, P.S.

By: _____
Ki O
Withdrawing Attorney for Defendant DVTel, Inc.

By: _____
Thomas A. Lerner (WSBA #26769)
Attorneys for Defendant DVTel, Inc.

NOTICE OF WITHDRAWAL OF COUNSEL - CV04-1083Z
42908-001 \ 178696.doc
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

## CERTIFICATE OF SERVICE

I hereby certify that on ~~May~~ June 13, 2005, I caused the foregoing *Notice of Withdrawal* to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James W. Anable:   jim.anable@cojk.com

Kathryn M Milam:   kmmilam@stoel.com, jswaldschmidt@stoel.com, SEA_DOCKET@stoel.com

William David Shenk:   david.shenk@cojk.com, courtdoc@cojk.com

☐ hand delivered to the following non-CM/ECF participants:

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

/s/ Thomas A. Lerner
Thomas A. Lerner (WSBA #26769)
Attorney for DVTel, Inc.
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA 98104
(206) 626-6000
Fax: (206) 464-1496
tom.lerner@stokeslaw.com

NOTICE OF WITHDRAWAL OF COUNSEL - CV04-1083Z
-2-
42908-001 \ 178696.doc

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000